# ELECTRONIC RECORD

COA # 14-13-00559-CR

STYLE: Juan Quintero v The State of Texas

COA DISPOSITION: Affirmed

DATE: May 19, 2015    Publish: Yes

OFFENSE: Aggravated Sexual Assault

COUNTY: Harris

TRIAL COURT: 228th District Court

TC CASE #:1368190

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Juan Quintero v The State of Texas

CCA # _____

___APPELLANT'S___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___Refused___

DATE: _Nov. 11, 2015_

JUDGE: ___PC___

CCA Disposition: **746-15**

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**